# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| v.<br>Samuel Marian Mattia | CASE NUMBER: 20-5106MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date of April 9, 2019 to April 28, 2019, in the County of Maricopa in the District of Arizona, the defendant with the intent to harass, used an interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress, in violation of 18 U.S.C. §2261A(2)(B).

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

AUTHORIZED BY: Paul Mysliwiec, AUSA
Special Attorney to the Attorney General acting under authority conferred by 28 U.S.C. section 515

SA, Walker Wicevich
Name of Complainant

*Walker Wicevich*
Signature of Complainant

Sworn to before me and subscribed telephonically
4/28/2020 @ 3:37 pm
Date

at Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

*Deborah M. Fine*
Signature of Judicial Officer

**Attachment**

**Statement of Probable Cause**

Your Affiant, Walker Wicevich, being duly sworn, deposes and says to wit:

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed for approximately eleven (11) years. Prior to my employment with the FBI, your Affiant was employed as a police officer for the City of Phoenix, AZ for approximately five (5) years. Your Affiant is currently assigned to the FBI Phoenix Division. Within the Phoenix Division, your Affiant has been assigned to work violent crimes violations, whose duties include the investigation of Cyberstalking, in violation of 18 U.S.C. § 2261(A)(2)(B). Your affiant is vested with investigative authority under Titles 8, 18, and 21.

1. On or about December 16, 2018, Samuel Marian Mattia (MATTIA), DOB XX/XX/1980, received a letter from Mahin Khan (KHAN), who had been in prison with MATTIA. KHAN expressed that he wished to have M.H. and others killed. KHAN was currently incarcerated and wanted to kill M.H. because of a search of KHAN'S cell that occurred in prison which resulted in additional charges for KHAN. M.H. and others were present for that search of KHAN'S cell. In December 2018, the FBI began investigating the murder-for-hire plot.

2. On or about January 2019, while working as a Special Agent with the FBI, M.H. began a sexual relationship with MATTIA, who was a confidential human source (CHS) for the Federal Bureau of Investigation ("FBI"). MATTIA was recruited and signed up as a CHS by M.H while MATTIA was in prison. M.H. was the handler for MATTIA and they both consented to the sexual relationship.

3. On or about the end of January 2019 and the early part of February 2019, M.H. attempted to end the sexual relationship with MATTIA, however M.H. was still seeing MATTIA

in her role as his CHS handler. MATTIA was providing information relating to pending FBI investigations.

4. M.H. reported that MATTIA did not wish to end the sexual relationship and took steps to coerce her to see him for non-investigative meetings. M.H. reported that MATTIA took covert and overt pictures of her in a state of nudity and performing sexual acts. M.H. was aware that MATTIA took some photographs using his cellular telephone, but there were others that she was unaware that he took. Although she was aware, she never gave consent for them to be taken.

5. MATTIA indicated to M.H. that if she did not continue to see him in an intimate relationship, that he would go to her supervisor because the implication was that she would be disciplined at work. M.H. said that she became emotionally distressed and felt that she was being harassed by MATTIA, but that she had to keep seeing him because of the importance of the investigations for which MATTIA was providing information. MATTIA would also continue to contact her because he was providing information for an ongoing investigation and refused to deal with anyone but M.H.

6. On or about February 28, 2019, the murder-for-hire investigation was transferred to SA Wicevich. It was reported that MATTIA was cooperative and would be able to assist in providing further evidence needed to charge KHAN with murder-for-hire. On or about March 5, 2019, M.H. was removed as MATTIA'S handler because she was a victim in the case. On or about March 6, 2019, MATTIA stopped cooperating with the FBI; MATTIA refused to provide the phone number of a person known as "Regina," who called MATTIA about the murder-for-hire. MATTIA would not provide any further information he had until he received a letter of immunity from prosecution from the U.S. Attorney's Office.

7. On or about March 12, 2019, M.H., SA Nicholas Grumbos, and SA Wicevich went to MATTIA'S residence in an attempt to get him to cooperate with the investigation. MATTIA opened the door and said he was done working with the FBI and shut the door.

8. On or about March 14, 2019, M.H. submitted her resignation to the FBI and informed her supervisors of her relationship with MATTIA. After resigning, she was continuing to receive information from MATTIA, even though she told him to contact another FBI special agent, SA Grumbos, because she was no longer working as a special agent. After resigning from the FBI, M.H. continued to communicate with MATTIA in an effort get him to cooperate with the FBI and not to send illicit photographs to her family or the media, which MATTIA threatened to do if she stopped seeing him. After M.H. was no longer his handler, MATTIA never again cooperated with the FBI. MATTIA sent M.H. several photographs that showed her having sex with him and performing oral sex and M.H. understood the text message to be an extortion that he would disclose those photographs to her family and the media unless she resumed their sexual relationship.

9. On or about April 3, 2019, M.H. voluntarily met with MATTIA on her own in an effort to get MATTIA to cooperate with the FBI investigation of a murder-for-hire plot against M.H.

10. After M.H. did not resume a relationship with MATTIA, MATTIA sent photographs of M.H. performing sexual acts to MH.'s husband, and M.H.'s brother-in-law's wife. The messages were sent using the Facebook profile Phinehas Maccabeus, a known Facebook account for MATTIA. MATTIA sent messages and photographs to M.H.'s husband's Facebook page and M.H.'s brother-in-law's wife's, (J.H.), Facebook page. They were sent text and photographs displaying M.H. in sexual acts.

11.     On or about April 10, 2019, MATTIA sent the Facebook messages to M.H.'s family members. Specifically, to her husband, MATTIA wrote, "Do u want pictures of [M.H.]."

12.     MATTIA stated in the text portion of the Facebook messages that M.H. was harassing him and that he wanted M.H. to leave him alone, however M.H. disputes that assertion by MATTIA saying that he was upset since she ended their sexual relationship and he was harassing her.

13.     The Phinehas Maccabeus Facebook profile has a profile picture of MATTIA, as well as other photographs of MATTIA within that same profile. Search warrant compliance from Facebook (20-5089 MB), shows that MATTIA'S Facebook profile was the profile that sent those messages and pictures to M.H.'s husband and J.H. Furthermore, both of MATTIA'S known cell phone numbers that he used to communicate with M.H. and SA Grumbos are listed on the compliance as verified cell phone numbers.

14.     On or about April 28, 2019, MATTIA sent text messages with photographs to SA Grumbos, a co-worker of M.H., that contained text and photographs. The text messages said, "Here is [M.H.] she told me about u and ur wife and gave pictures." After that text message, MATTIA sent multiple pictures of himself and M.H. together in non-explicit photographs, but also included photographs of M.H. performing fellatio and of M.H.'s naked breasts during sex, and an extreme close-up of a penis and vagina during sex. Further text messages from MATTIA indicated that he wanted M.H. to leave him alone.

15.     MATTIA sent the text and pictures messages to SA Grumbos from 480-667-1963, which compliance from search warrant 19-447 MB revealed MATTIA was the subscriber of that phone number from February 21, 2019 through December 2019. MATTIA knew SA Grumbos'

cell phone number because SA Grumbos was a co-handler of MATTIA and had attempted to communicate with him after M.H. was no longer MATTIA's handler.

16. On May 7, 2019, M.H. was shown the text messages sent to SA Grumbos and she confirmed that many of them were the same pictures that MATTIA sent her when he threatened to send them to her husband and her family. M.H. identified herself in the photographs and she identified the extreme close-up as herself and MATTIA engaged in sexual intercourse. M.H. stated that she did not consent for him to take any of the photographs and did not consent for him to distribute them to other people.

17. M.H. has been experiencing extreme emotional distress as a result of MATTIA's harassment and contact he has made to M.H., her family, and her co-workers. M.H. believes that MATTIA is capable of causing harm to her and her family. MATTIA told M.H. he was a "sicario," which is a hitman in Spanish. MATTIA told her once that he had thought about grabbing a steering wheel while she was driving and killing them both. She was afraid that he would harm her or her family because she did not acquiesce to his demands to continue their relationship. M.H. is seeking therapy from a psychologist as a result of the harassment and pain she and her family have experienced as a result MATTIA's actions against her. M.H. stated that she has not had any contact with MATTIA since April 3, 2019.

18. On or about December 7, 2019, MATTIA was arrested related to a warrant for domestic violence in California. MATTIA claimed to live primarily in Arizona but visits Sacramento, CA. MATTIA said that he is an FBI informant and has Otherwise Illegal Activity (OIA) to engage in illegal activity from the FBI. MATTIA also stated that his handler is M.H. and that she was Brady listed out of the case for their sexual relationship. MATTIA instructed the arresting officer to open the Dropbox application on MATTIA's phone and look at the

photos. The officer saw photos of MATTIA engaging in sexual activity with a white female with strawberry/blonde hair, thin build, approximately 5'6" tall and 130lbs. MATTIA told Officer Phelan that the female in the photos is M.H. MATTIA told Officer Phelan that the cell phone in his possession was issued by the FBI.

19. On December 13, 2019, the phone that MATTIA had in his possession was retrieved by an agent in Sacramento, CA and sent to Phoenix, AZ. The cellular phone was forensically downloaded and analyzed pursuant to a federal search warrant, case 20-5020 MB. Many of the photographs sent to SA Grumbos, M.H.'s husband, and J.H. were found on MATTIA'S phone. The phone number of that phone was 480-667-1963. Also found on MATTIA'S cell phone were internet searches for M.H., her husband and M.H.'s home and mother's home address.

20. On February 27, 2020, MATTIA called the FBI in Sacramento, CA and reported the following: he stated he had been in M.H.'s FBI vehicle, carried her issued gun, had access to her Domestic Joint Task Force for Terrorism laptop, which he downloaded information from, and M.H. disclosed Agent's names from the Phoenix, New Mexico, and Sacramento Field Offices. MATTIA knew M.H.'s undercover name and that he was given the name Max Dixon. MATTIA was given money that was approved by M.H.'s supervisor.

21. MATTIA stated M.H. came to investigate him for a crime which turned into a sexual relationship. M.H. got MATTIA off probation and some other charges dropped. The relationship lasted from November 2018 through March 2019 when she got "unvetted". M.H. got into trouble and MATTIA was there when the FBI came and picked up her car. M.H. gave MATTIA notebooks and he took the notebooks to an attorney. Mattia is in possession of M.H.'s laptop, pictures, guns (issued Glock 23), tablets, 2 Samsung Galaxy S9 phones, throw away

phones, zip drives with downloaded case information, and recordings between himself and multiple FBI Agents.

22. MATTIA stated M.H. was trying to formulate a case against her husband. Also said SA Grumbos who is a former Chicago cop. M.H. was trying to make it look like there was a hit list against her and other FBI Agents to build a case against KHAN. M.H. wants MATTIA to plant evidence and MATTIA is in possession of these recorded conversations. MATTIA stated to check his Instagram account junior_reed17 where pictures are posted of himself and multiple FBI Agents, including the Unit Chief. MATTIA stated the relationship turned bad when he would not help with the Thomas Bastian (BASTIAN) case. MATTIA said that he wanted a meeting with appropriate personnel to further discuss this matter.

23. On March 11, 2020, SA Wicevich interviewed MATTIA in Sacramento, CA. MATTIA said that he sent pictures to SA Grumbos, saying that he wanted her to leave him alone and that M.H. was harassing him. MATTIA said that he sent pictures of M.H. to get her away from him and get her fired.

24. MATTIA initially said that that there was not a woman that called him about the murder-for-hire. However, at a different point in the interview he said he thought it was M.H. At a third point, MATTIA said that it was a woman named REGINA LNU. MATTIA finally said that a woman did call him about the murder-for-hire plot. MATTIA said earlier in the interview that he thought it was M.H. He thinks that someone called him on behalf of BASTIAN and not KHAN they called him from Tucson about the murder-for-hire plot. BASTIAN was in the Maricopa County Jail pending terrorism charges in which M.H. was the case agent.

25. In my training and experience, your Affiant understands Facebook to be a social media site utilizing the Internet, an international network of interconnected servers and computers, which is an instrumentality of interstate and foreign commerce.

26. In my training and experience, your Affiant understands cell phones to utilize an interconnected network of cell towers, which provides users thereof the ability to send or receive wire or electronic communications which is an instrumentality of interstate and foreign commerce.

27. Based on the above listed facts, your Affiant believes there is probable cause to support that Samuel Marian Mattia committed Cyberstalking, in violation of Title 18 U.S.C. 2261A(2)(B).

I declare under penalty of perjury under the law of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

*Walker Wicevich*                                            4/28/2020

Walker Wicevich                                                Date
Special Agent, FBI

Subscribed and sworn to me telephonically on this 28th day of April, 2020.

Honorable DEBORAH M. FINE
U.S. Magistrate Judge