____ FILED          ____ LODGED
____ RECEIVED    ____ COPY

AUG 2 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___SMIT_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

In Re,
Samuel Marian Mattia

Misc. No. 20-5106-MJ

**ORDER APPOINTING
COUNSEL**

Pursuant to the Financial Affidavit, CJA 23, submitted by Samuel Marian Mattia, and this Court having found that the above-named individual is financially unable to employ counsel, and there being the possibility of federal criminal charges being filed,

IT IS HEREBY ORDERED that Gerald A. Williams, Assistant Federal Public Defender, located at 850 W. Adams, Suite 201, Phoenix, Arizona, 85007, telephone number (602) 382-2700, is appointed pursuant to Title 18 U.S.C. § 3006(A)(b) to represent the above-named individual on a consultation basis.

DATED this _26_ day of _Aug._____, 2020.

M Morrissey

United States Magistrate Judge
District of Arizona

Emailed to cnsl on 8/26/20 by rkt